IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:25cv104 |
| Plaintiff, | | |
| v. | : | |
| CONTENTS OF BANK OF AMERICA, ACCOUNT NO. X4630, IN THE NAME OF JIANGUO ZHENG, et al., | : | Case No.<br><br>JUDGE WALTER H. RICE |
| Defendant. | | |

ENTRY ENTERING INFORMAL STAY OF PROCEEDINGS PENDING FORMAL MOTION FOR STAY

Pursuant to the preliminary pretrial conference conducted August 20, 2025, the Court enters an informal stay in this case, applicable to all discovery, including oral and written discovery. Plaintiff United States of America is directed to file a formal motion seeking a similar stay of the proceedings within ninety (90) days of this order. This stay does not affect any motion for default that may be sought, nor does it prevent any further claims from being filed in this case.

Date: August 21, 2025

_Walter H. Rice_

WALTER H. RICE
UNITED STATES DISTRICT JUDGE