# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-cv-00104 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Caroline H. Gentry |
| v. | : | |
| REAL PROPERTY KNOWN AND NUMBERED AS 2031 STONEWATER DRIVE, DAYTON, MONTGOMERY COUNTY, OHIO, WITH ALL APPURTENANCES, IMPROVEMENTS, AND ATTACHMENTS, | : | |
| Defendant 12. | : | |

## PLAINTIFF UNITED STATES' MOTION TO DISMISS DEFENDANT 12

Plaintiff, the United States of America, by its undersigned counsel, hereby moves this Court, pursuant to Rule 21 of the Federal Rules of Civil Procedure, to dismiss Defendant 12, which is more particularly described as, Real Property Known and Numbered as 2031 Stonewater Drive, Dayton, Ohio 45458 with all Appurtenances, Improvements, and Attachments, as further set forth in the following Memorandum.

## MEMORANDUM

After the United States filed the Complaint (Doc. No. 1) in this case, it learned that Defendant 12 had been sold to a third party. Because the purchaser of Defendant 12 potentially is an innocent owner, the United States does not wish to proceed with the forfeiture of the property. In addition, the Claimants in this case have not asserted any interest in Defendant 12.

Therefore, the United States respectfully requests that this Court dismiss Defendant 12 from this civil forfeiture action.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/Adam C. Tieger*
ADAM C. TIEGER (0093932)
Assistant United States Attorney
Trial Attorney for Plaintiff
200 W. Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 531-6795
Fax: (937) 225-2564
E-mail: Adam.Tieger@usdoj.gov

*s/Deborah D. Grimes*
DEBORAH D. GRIMES (0078698)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Email: Deborah.Grimes@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, a copy of the foregoing Plaintiff United States' Motion to Dismiss Defendant 12 was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

*s/Adam C. Tieger*
ADAM C. TIEGER (0093932)
Assistant United States Attorney