# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-cv-00104 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | | Magistrate Judge Caroline H. Gentry |
| v. | : | |
| CONTENTS OF BANK OF AMERICA, ACCOUNT NO. X4630 IN THE NAME OF JIANGUO ZHENG, et al., | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF UNITED STATES' APPLICATION FOR ENTRY OF DEFAULT

To the Clerk, United States District Court for the Southern District of Ohio:

Plaintiff, the United States of America, by its undersigned counsel, hereby requests a default entry, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against the following defendants (the "subject defendants"):

Defendant 3, Contents of Bank of America, Account No. X7917, in the Name of X&Y Inc.;

Defendant 5, Contents of Bank of America, Account No. X1557, in the Name of J&W Service 168 Inc.;

Defendant 7, Contents of Bank of America, Account No. X1378, in the Name of Kaiyuan Service LLC;

Defendant 22, One 2019 Chevrolet Express G3500, VIN: 1GAZGPFGXK1281875, with All Attachments;

Defendant 23, One 2019 Chevrolet Express G3500, VIN: 1GAZGPFG7K1362316, with All Attachments;

Defendant 24, One 2017 Chevrolet Express G3500, VIN: 1GAZGPFG5H1172278, with All Attachments;

Defendant 25, One 2018 Chevrolet Express G3500, VIN: 1GAZGPFG2J1333983, with All Attachments;

Defendant 26, One 2018 Chevrolet Express G3500, VIN: 1GAZGPFG3J1313192, with All Attachments;

Defendant 27, One 2024 Mercedes-Benz Sprinter, VIN: W1Z4KFHY4RT173063, with All Attachments;

Defendant 28, One 2019 Mercedes-Benz Sprinter, VIN: W1Z70FGY8KT016890, with All Attachments;

Defendant 30, One 2018 Ford Transit, VIN: 1FBZX2YM7JKB39462, with All Attachments;

Defendant 31, One 2023 Mercedes GLE350, VIN: V4JGFB4KBXPA915691, with All Attachments;

Defendant 33, One 2020 Ford F-150 FX4 Crew Cab, VIN: 1FTEW1EP1LFB78257, with All Attachments;

Defendant 34, One 2020 Ford F-250, VIN: 1FT7X2BN6LEE36163, with All Attachments; and

Defendant 35, One 2021 Toyota Tacoma, VIN: 3TMGZ5ANXMM427295, with All Attachments.

In support of this application, the United States offers the record in this case and the following Declaration.

## DECLARATION

1.    I, Adam C. Tieger, Assistant United States Attorney for the Southern District of Ohio, represent the Plaintiff, United States of America, in this action.

2.    The United States filed a Verified Complaint for Forfeiture *In Rem* on April 2, 2025, against forty (40) defendant assets, including the contents of bank accounts (Defendants 1 through 7), real property (Defendants 8 through 21), vehicles (Defendants 22 through 36), and

2

luxury items and one firearm (Defendants 37 through 40). (Doc. No. 1.) Tyler J. Simpson, who is a Special Agent with the U.S. Immigration and Customs Enforcement, Homeland Security Investigations, verified the complaint. (*Id.*)

3. The complaint alleges that the defendants are subject to forfeiture under the following bases: as vehicles that have been used in the commission of a violation of 8 U.S.C. § 1324(a) for the purpose of commercial advantage and private financial gain, the gross proceeds of such violation, and any property traceable to such vehicles or proceeds, pursuant to 8 U.S.C. § 1324(b)(1); as property involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956(a)(1)(A)(i), 18 U.S.C. § 1956(a)(1)(B)(i), 18 U.S.C. § 1956(h), and/or 18 U.S.C. § 1957, or property traceable to such property, pursuant to 18 U.S.C. § 981(a)(1)(A); as property which constitutes or is derived from proceeds traceable to an offense constituting specified unlawful activity, namely, harboring, concealing, and/or transporting illegal aliens in violation of 8 U.S.C. § 1324(a) or a conspiracy to commit such offense, pursuant to 18 U.S.C. § 981(a)(1)(C); and the United States intends to rely on the provisions of 18 U.S.C. § 984 to establish that the defendant bank accounts are subject to forfeiture. (*Id.*)

4. A Warrant of Arrest *In Rem*, issued by the Court on April 11, 2025, directed the U.S. Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"); U.S. Customs and Border Protection ("CBP"); any duly authorized law enforcement officer; and/or their delegates for the Southern District of Ohio to arrest Defendants 1 through 7 and 22 through 40. (Doc. No. 5.) In accordance with the warrant, HSI and CBP arrested these defendants, bringing them within the jurisdiction of the Court. (Doc. No. 69.)

5. Pursuant to Rule G(4)(b)(i) of the Supplemental Rules, "[t]he government must send notice of the action with a copy of the complaint to any person who reasonably appears to

3

be a potential claimant on the facts known to the government before the end of the time for filing a claim under Rule G(5)(a)(ii)(B)." The direct notice instructs the potential claimant or the potential claimant's attorney of the following: 1) the date when the notice was sent, 2) the deadline for filing a claim which is at least 35 days after the notice was sent, 3) that an answer or a motion under Rule 12 must be filed no later than 21 days after filing the claim, and 4) the name of the government attorney to be served with the claim and answer. Supplemental Rule G(4)(b)(ii). "The notice must be sent by means reasonably calculated to reach the potential claimant." Supplemental Rule G(4)(b)(iii)(A).

6. In this case, the United States, on May 9, 2025, sent direct notice of this action with a copy of the complaint to all known potential claimants described below, advising them that the deadline for filing a claim was June 13, 2025.

7. As to Defendant 3, the United States sent notice and a copy of the complaint to potential claimants Zhongxu Sun for X&Y Inc.; Zhongxu Sun c/o Zhou Wang, Esq.; and Ying Xiong for X&Y Inc. (Doc. No. 66 at PageID 1945-49, 1921-23.)

8. As to Defendant 5, the United States sent notice and a copy of the complaint to potential claimants J&W Service 168 Inc.; Jianwen Wei; and Jianwen Wei c/o Stacey Van Malden, Esq. (*Id*. at PageID 1882-87, 1939-41.)

9. As to Defendant 7, the United States sent notice and a copy of the complaint to potential claimants Wei Lui, Individually and Trustee for Kaiyuan Trust c/o Paul V. Wolf, Esq.; and Guo Quiang Lin and Yi Mei Lin c/o Michael P. Harvey, Esq. (*Id*. at PageID 1909-14.)

10. As to Defendants 22, 24, and 25, the United States sent notice and a copy of the complaint to potential claimants Zhongxu Sun c/o Zhou Wang, Esq.; Zeyu Zhao; and Zeyu Zhao c/o Marlon A. Primes, Esq. (*Id*. at PageID 1948-49, 1900-02, 1906-08.)

11. As to Defendant 23, the United States sent notice and a copy of the complaint to potential claimants Zhi Lin c/o Joseph A. Dubyak, Esq.; Yun Chen; and Yun Chen c/o Zhou Wang, Esq. (*Id*. at PageID 1888-90, 1942-44, 1948-49.)

12. As to Defendant 26, the United States sent notice and a copy of the complaint to potential claimant Jianguo Zheng. (*Id*. at PageID 1894-99.)

13. As to Defendants 27, 28, and 31, the United States sent notice and a copy of the complaint to potential claimant Jianwen Wei. (*Id*. at PageID 1885-87, 1939-41.)

14. As to Defendant 30, the United States sent notice and a copy of the complaint to potential claimant Hengyang Zhu. (*Id*. at PageID 1879-81.)

15. As to Defendant 33, the United States sent notice and a copy of the complaint to potential claimants Fei Lin and First Commonwealth Bank. (*Id*. at PageID 1864-66, 1873-75.)

16. As to Defendant 34, the United States sent notice and a copy of the complaint to potential claimant Zeyu Zhao. (*Id*. at PageID 1900-02, 1906-08.)

17. As to Defendant 35, the United States sent notice and a copy of the complaint to potential claimants Jiahui Yu c/o Connor P. Reilly, Esq. and Fifth Third Bank. (*Id*. at PageID 1867-69, 1870-72.)

18. Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules, the United States is required to publish notice in a manner reasonably calculated to notify potential claimants of the civil forfeiture action on an official internet government forfeiture site for at least 30 consecutive days.

19. The United States posted notice of this civil forfeiture action on the official internet government forfeiture site, (www.forfeiture.gov), beginning on May 15, 2025, for 30 consecutive days. (Doc. No. 64.)

20. As of the filing of this application, which is more than 60 days after the first date of publication and more than 35 days after direct notice was sent to the known potential claimants, no person or entity has filed a claim to the subject defendants or an answer to the complaint, and the time to do so has expired.

21. Plaintiff knows of no reason why a default should not be entered now against the subject defendants.

On this 8th day of September 2025, I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/Adam C. Tieger*
ADAM C. TIEGER (0093932)
Assistant United States Attorney
Trial Attorney for Plaintiff
200 W. Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 531-6795
Fax: (937) 225-2564
E-mail: Adam.Tieger@usdoj.gov

*s/Deborah D. Grimes*
DEBORAH D. GRIMES (0078698)
Assistant United States Attorney
Attorney for Plaintiff
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Email: Deborah.Grimes@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2025, the foregoing Plaintiff United States' Application for Entry of Default was electronically filed with the Clerk of Court using the CM/ECF system, which will send electronic notice to all parties of record registered with the CM/ECF system and was sent by regular U.S. Mail to the following:

Zhongxu Sun
c/o Zhou Wang, Esq.
P.O. Box 130182
New York, NY 10013

Zhongxu Sun
X&Y Inc.
1214 Tabor Court, Floor 2
Brooklyn, NY 11219

X&Y Inc.
c/o Ying Xiong, Statutory Agent
147-12 Delaware Avenue
Flushing, NY 11355

Jianwen Wei
5502 8th Avenue, Suite F
Brooklyn, NY 11220

Jianwen Wei
c/o Stacey Van Malden, Esq.
5114 Post Road
Bronx, NY 10471

J&W Service 168 Inc.
253 Peach Orchard Avenue
Oakwood, OH 45419

Kaiyuan Trust
Wei Lui, Individually and Trustee
c/o Paul V. Wolf, Esq.
700 West St. Clair Avenue, Ste. 400
Cleveland, OH 44113

Guo Qiang Lin
Yi Mei Lin
c/o Michael P. Harvey, Esq.
311 Northcliff Drive
Rocky River, OH 44116

Jianguo Zheng
396 Ridge Walk Court
Sugar Hill, GA 30518

Jianguo Zheng
c/o Marlon A. Primes, Esq.
200 Public Square, Suite 1850
Cleveland, OH 44114

Zeyu Zhao
c/o Marlon A. Primes, Esq.
200 Public Square, Suite 1850
Cleveland, OH 44114

Zeyu Zhao
5302 Watoga Drive
Liberty Township, OH 45011

Fei Lin
5108 Sunset Ridge Lane
Liberty Township, OH 45011

Fifth Third Bank
MD 1MOC2J
5050 Kingsley Drive
Cincinnati, OH 45263

First Commonwealth Bank
601 Philadelphia Street
Indiana, PA 15701

Zhi Lin
c/o Joseph A. Dubyak, Esq.
700 West St. Clair Avenue, Ste. 400
Cleveland, OH 44113

Yun Chen
7575 Annapolis Road
Hyattsville, MD 20784

Yun Chen
c/o Zhou Wang, Esq.
P.O. Box 130182
New York, NY 10013

Hengyang Zhu
5302 Watoga Drive
Liberty Township, OH 45011

Jiahui Yu
c/o Connor P. Reilly, Esq.
Ernst & Associates
212 W 8th Street
Cincinnati, OH 45202

*s/Adam C. Tieger*
ADAM C. TIEGER (0093932)
Assistant United States Attorney