IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA     :

        Plaintiff,

        v.                 :       Case No. 3:25-cv-104

CONTENTS OF BANK OF               JUDGE WALTER H. RICE
AMERICA, ACCOUNT NO.
X4630, IN THE NAME OF     :
JIANGUO ZHENG, et al.,

        Defendant.

---

## ENTRY ENTERING STAY OF PROCEEDINGS

---

On August 21, 2025, this Court entered an informal stay in this case, applicable to all discovery, including oral and written discovery. Doc. #67. This Entry was premised upon a forthcoming motion by Plaintiff United States of America which was to be brought within ninety (90) days of that Entry. *Id.*

On October 1, 2025, the Court issued General Order 25-04, which holds in abeyance all civil matters involving the United States as a party. S.D. Ohio General Order 25-04. Pursuant to General Order 25-04, this case is hereby stayed until further notice of this Court.

Date: October 20, 2025

WALTER H. RICE
UNITED STATES DISTRICT JUDGE