IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA : CASE NO. 3:25cv104

    Plaintiff, : JUDGE WALTER H. RICE

v. :

CONTENTS OF BANK OF AMERICA :
ACCOUNT NO. X4630, in the name of
Jianguo Zheng, et al. :

    Defendant.

---

## ORDER

---

It is hereby ordered that the above captioned cause be administratively processed.[1]

**IT IS SO ORDERED.**

*Walter H. Rice*

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] Stay pending completion of criminal case.