# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-cv-00104 |
| Plaintiff, | : | District Judge Walter H. Rice |
| | | Magistrate Judge Caroline H. Gentry |
| v. | : | |
| CONTENTS OF BANK OF AMERICA, ACCOUNT NO. X4630 IN THE NAME OF JIANGUO ZHENG, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER LIFTING STAY FOR A LIMITED PURPOSE

This matter is before the Court on the United States' motion to lift the stay for a limited purpose (Doc. No. 76). Following a preliminary pretrial conference, the Court entered an informal stay in this case on August 21, 2025, which stayed all discovery, including oral and written discovery. (Doc. No. 67.) During the government shutdown on October 20, 2025, the Court entered a stay of this case until further notice of the Court. (Doc. No. 74.) Two days later, the Court ordered that this case be administratively processed and stated that the case is stayed pending completion of the criminal case. (Doc. No. 75.)

The United States now seeks to finalize the forfeiture of certain defendants ("subject defendants"), which were included in the Clerk's Entry of Default (Doc. No. 71). Lifting the stay will preserve the value of the defendant vehicles for forfeiture by stopping the monthly expenditures for the storage and maintenance of the vehicles.

Therefore, it is hereby **ORDERED** that the Plaintiff United States' Motion to Lift Stay for a Limited Purpose is **GRANTED**. The United States is directed to submit the appropriate filing to complete the forfeiture of the subject defendants. The stay shall remain in effect in all other respects.

**IT IS SO ORDERED.**

Dated: 2-5-26

*Walter H. Rice*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE